194 So. 417

### PRUETT v. STATE.
### 5 Div. 87.

Court of Appeals of Alabama.
Feb. 27, 1940.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

From a judgment of conviction for violating the state prohibition law, the defendant appeals. The appeal is upon the record proper, there being no bill of exceptions. This record is regular in all respects. There being no error, the judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.